

06-CV-05017-ORD

Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELLEN BARDONI, individually and as Personal Representative of the ESTATE OF HISAE DUFFEY,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

NO. C06-5017RBL

ORDER GRANTING JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE

[~~Proposed Order~~]

Good Cause having been shown upon the Joint Motion of the parties, and for the reasons set forth in the joint Motion, it is hereby

ORDERED that the parties' Joint Motion for Extension of Discovery Deadline to February 5, 2007 for the purpose of completing depositions already noticed is GRANTED.

DATED this 11th day of December, 2006.

_____
Judge Ronald B. Leighton

(C06-5017) ORDER GRANTING JOINT
MOTION FOR EXTENSION OF DEADLINE- 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Presented by:

Dan Albertson

DAN ALBERTSON, WSBA #10962
Attorney for Plaintiff

JOHN McKAY
United States Attorney

s/Patricia D. Gugin
PATRICIA D. GUGIN, PABA #54927
Assistant United States Attorney
Attorney for Defendant

(C06-5017) ORDER GRANTING JOINT
MOTION FOR EXTENSION OF DEADLINE- 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800